**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NADRECA REID, Individually and as the
representative of a class of similarly situated persons,

                    Case No.  1:23-cv-2327-KPF

           Plaintiff,

      - against -

ASTRAL BRANDS, INC. d/b/a Butter London,

# MEMO ENDORSED

          Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Nadreca Reid, by her attorneys, Shaked Law Group, P.C., and pursuant to

FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice and on the

merits, and without costs or attorneys' fees, of the above-referenced matter against Defendant,

Astral Brands, Inc.

Dated: Scarsdale, New York
      May 9, 2023

                    SHAKED LAW GOUP, P.C.
                    Attorneys for Plaintiff

                    By: _____
                    Dan Shaked, Esq.
                    14 Harwood Court, Suite 415
                    Scarsdale, NY 10583
                    Tel. (917) 373-9128
                    e-mail: ShakedLawGroup@Gmail.com

Dated:     May 10, 2023          SO ORDERED.
             New York, New York

                    _____

                    HON. KATHERINE POLK FAILLA
                    UNITED STATES DISTRICT JUDGE